[No. 22363-9-III. Division Three. January 25, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. LUIS RAMIREZ-GRANDE, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-1-00556-1, John M. Antosz, J., entered August 12, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22426-1-III. Division Three. January 25, 2005.]

*In the Matter of the Application for a Subpoena of* MARK E. FOX.

MARK EDWARD FOX, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, ET AL., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-04573-4, Salvatore F. Cozza, J., entered September 29, 2003. *Dismissed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 22476-7-III. Division Three. January 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JERRY LAMARR MANGUM, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 02-1-50549-0, Craig J. Matheson, J., entered October 14, 2003. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 22558-5-III. Division Three. January 25, 2005.]

CARL WARRING, *as Guardian, Appellant*, v. KEVIN HAKE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grant County, No. 03-2-00066-0, Richard W. Miller, J., entered November 12, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, JJ.